*Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Robert G. Maysack* for the United States.

No. 415, Misc. POWERS *v.* HUNTER, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman* for respondent.

No. 445, Misc. SCHMIDT, ADMINISTRATRIX, ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *J. Sidney Nye* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 446, Misc. FITZHUGH *v.* ALABAMA. Court of Appeals of Alabama. Certiorari denied. *Ben F. Ray* for petitioner. *Albert A. Carmichael,* Attorney General of Alabama, and *Lee Edward Barton,* Assistant Attorney General, for respondent.

No. 460, Misc. STURM *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 466, Misc. YOUNG *v.* NEW YORK CENTRAL RAILROAD Co. Court of Appeals of Cuyahoga County, Ohio. Certiorari denied. *Harry F. Payer* for petitioner. *J. Paul Lamb* for respondent.

No. 476, Misc. MILLS *v.* BALDI, SUPERINTENDENT. Superior Court of Pennsylvania and Supreme Court of Pennsylvania. Certiorari denied. *Samuel A. Neuburger* for petitioner. *James W. Tracey, Jr.* and *John H. Maurer* for respondent.